THEODORA R. LEE, Bar No. 129892
tlee@littler.com
RENEE C. FELDMAN, Bar No. 253877
rfeldman@littler.com
LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone:     925.932.2468
Fax No.:         925.946.9809

Attorneys for Defendant
SOUTHERN GLAZER'S WINE AND SPIRITS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SILVA, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, a Florida corporation; KAYLA GERBERSHAGEN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF GEORGE GUTHRIE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**<br><br>(Alameda Superior Court Case No. HG21106621) |

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

DECLARATION IN SUPPORT OF NOTICE
OF REMOVAL OF ACTION

I, George Guthrie, declare the following:

1. I am the Director, SG Connect Service Center for Southern Glazer's Wine and Spirits, LLC ("Southern Glazer's"). Through my job duties, I have knowledge of the corporate structure and operations of Southern Glazer's. I also have access to the personnel and payroll records of Southern Glazer's. Unless otherwise stated, I have personal knowledge of the facts contained herein, and, if called to testify, I could and would competently testify thereto.

2. Southern Glazer's is a limited liability company organized under the laws of Delaware with its principal place of business in Florida. Southern Glazer's has four members: (a) Glazer's Inc.; (b) Glazer's Venture Holdings, Inc.; (c) SWS Holdings, Inc.; and (d) Southern Wine and Spirits Corporation.

3. Glazer's Inc. is a corporation incorporated in Texas, with its principal place of business in Texas. Its corporate headquarters are located at 14911 Quorum Drive, Suite 150, Dallas, Texas, 75254. Glazer's Inc.'s senior executives all work out of its headquarters in Dallas, including the Chief Executive Officer, Chief Financial Officer, Treasurer, and Controller. All of the company's primary executive, administrative, financial, and management functions are in Texas, where its corporate officers direct, control, and coordinate its activities

4. Glazer's Venture Holdings, Inc. is a corporation incorporated Texas, with its principal place in Texas. Its corporate headquarters are located at 14911 Quorum Drive, Suite 150, Dallas, Texas, 75254. Glazer's Venture Holdings, Inc.'s senior executives all work out of its headquarters in Dallas, including the Chief Executive Officer, Chief Financial Officer, Treasurer, and Controller. All of the company's primary executive, administrative, financial, and management functions are in Texas, where its corporate officers direct, control, and coordinate its activities.

5. SWS Holdings, Inc. is a corporation incorporated in Florida, with its principal place of business in Florida. Its corporate headquarters are located at 1600 NW 163rd Street, Miami, Florida 33169. SWS Holdings Inc.'s senior executives all work out of its headquarters in Miami, including the Chief Executive Officer, Chief Financial Officer, Secretary, Treasurer, and Director. All of the company's primary executive, administrative, financial, and management functions are Florida, where its corporate officers direct, control, and coordinate its activities.

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

2

DECLARATION IN SUPPORT OF NOTICE
OF REMOVAL OF ACTION

6. Southern Wine and Spirits Corporation is a corporation incorporated in Florida, with its principal place of business in Florida. Its corporate headquarters are located at 1600 NW 163rd Street, Miami, Florida 33169. Southern Wine and Spirits Corporation's senior executives all work out of its headquarters in Miami, including the Chief Executive Officer, Chief Financial Officer, Chief Human Resources Officer, Secretary, Treasurer, and Director. All of the company's primary executive, administrative, financial, and management functions are in Florida, where its corporate officers direct, control, and coordinate its activities.

7. According to the personnel and payroll records to which I have access, and which are maintained and updated in the regular course of business, during David Silva's employment with Southern Glazer's, he was a full-time employee, earning $15.50 per hour, with occasional overtime and double time, a $140 weekly car allowance, and regular incentive and bonus payments.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: August 26, 2021

George Guthrie