THEODORA R. LEE, Bar No. 129892
tlee@littler.com
RENEE C. FELDMAN, Bar No. 253877
rfeldman@littler.com
LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California  94597
Telephone:     925.932.2468
Fax No.:         925.946.9809

Attorneys for Defendant
SOUTHERN GLAZER'S WINE AND SPIRITS, LLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| DAVID SILVA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHERN GLAZER'S WINE and SPIRITS, LLC, a Florida corporation; KAYLA GERBERSHAGEN, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  HG21106621<br><br>**PROOF OF SERVICE BY ELECTRONIC TRANSMISSION** |

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

**PROOF OF SERVICE BY ELECTRONIC TRANSMISSION**

I am employed in Contra Costa County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Treat Towers, 1255 Treat Boulevard, Suite 600, Walnut Creek, California 94597. On this 27th day of August, 2021, I served a copy of the within document(s):

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, 1446 [DIVERSITY JURISDICTION] WITH EXHIBITS A, B AND C**

**DECLARATION OF GEORGE GUTHRIE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**

**SOUTHERN GLAZER'S CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]**

**SOUTHERN GLAZER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [L.R. 3-15]**

**PROOF OF SERVICE BY ELECTRONIC TRANSMISSION**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is grose@littler.com.

Ronald L. Zambrano, Esq.
WEST COAST EMPLOYMENT LAWYERS
350 South Grand Avenue, Suite 3325
Los Angeles, CA 90071
Email: ron@westcoasttriallawyers.com
efilings@westcoasttriallawyers.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on this August 27, 2021.

Gaye M. Rose