THEODORA R. LEE, Bar No. 129892
tlee@littler.com
RENEE C. FELDMAN, Bar No. 253877
rfeldman@littler.com
LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

Attorneys for Defendant
SOUTHERN GLAZER'S WINE AND SPIRITS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SILVA, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, a Florida corporation; KAYLA GERBERSHAGEN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**SOUTHERN GLAZER'S CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]**<br><br>(Alameda Superior Court Case No. HG21106621) |

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

SOUTHERN GLAZER'S CORPORATE
DISCLOSURE STATEMENT [FRCP 7.1]

Pursuant to Federal Rule of Civil Procedure 7.1(b), Defendant SOUTHERN GLAZER'S WINE AND SPIRITS, LLC discloses that it is a limited liability company with four members: (1) Glazer's, Inc.; (2) Glazer's Venture Holdings, Inc.; (3) SWS Holdings, Inc.; (4) and Southern Wine and Spirits Corporation. No publicly held corporation owns 10% or more of its stock.

Dated: August 27, 2021

*/s/ Renee Feldman*
Theodora R. Lee
Renee C. Feldman
LITTLER MENDELSON P.C
Attorneys for Defendant
SOUTHERN GLAZER'S WINE AND SPIRITS, LLC

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

2

SOUTHERN GLAZER'S CORPORATE DISCLOSURE STATEMENT [FRCP 7.1]