1  THEODORA R. LEE, Bar No. 129892
   tlee@littler.com
2  RENEE C. FELDMAN, Bar No. 253877
   rfeldman@littler.com
3  LITTLER MENDELSON P.C.
   Treat Towers
4  1255 Treat Boulevard, Suite 600
   Walnut Creek, California  94597
5  Telephone:   925.932.2468
   Fax No.:       925.946.9809
6
7  Attorneys for Defendant
   SOUTHERN GLAZER'S WINE AND SPIRITS, LLC
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  DAVID SILVA, as an individual,              Case No. 21-cv-06641-JSC
12              Plaintiff,                      **JOINT STIPULATION TO SUBMIT THE ENTIRE MATTER TO BINDING ARBITRATION;**
13        v.                                    ~~[PROPOSED]~~ **ORDER STAYING PROCEEDINGS**
14  SOUTHERN GLAZER'S WINE AND SPIRITS,
    LLC, a Florida corporation; KAYLA           (Alameda Superior Court Case No. HG21106621)
15  GERBERSHAGEN, an individual; and DOES 1
    through 10, inclusive,
16
                Defendants.
17

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

Case No. 21-cv-06641-JSC

JOINT STIPULATION TO SUBMIT THE ENTIRE MATTER TO BINDING ARBITRATION

## STIPULATION

WHEREAS, on June 11, 2021, Plaintiff DAVID SILVA ("Plaintiff") commenced this action by filing a Complaint in the Superior Court of California, County of Alameda entitled *David Silva v. Southern Glazer's Wine and Spirits, LLC., et al.*, designated as Case No. HG21106621 ("Complaint");

WHEREAS, on August 27, 2021, Defendant SOUTHERN GLAZER'S WINE AND SPIRITS, LLC ("Defendant") removed the matter to this Court, United States District Court for the Northern District, pursuant to 28 U.S.C. §§ 1332, 1441, 1446 (diversity of citizenship) ("The Action");

WHEREAS, in connection with Plaintiff's employment with Defendant, Plaintiff signed an arbitration agreement requiring Plaintiff to submit to arbitration certain disputes Plaintiff may have arising out of Plaintiff's employment relationship with Defendant ("Arbitration Agreement"), a true and correct copy of which is attached hereto as **Exhibit A**;

WHEREAS, counsel for Defendant and counsel for Plaintiff underwent a meet and confer process regarding a proposed motion to compel arbitration;

WHEREAS, counsel for David Silva does not oppose submitting the entire matter to arbitration;

WHEREAS, the parties agree this matter should be stayed, pending binding arbitration pursuant to the Federal Arbitration Act and the Arbitration Agreement between the parties, which covers all claims alleged in the Complaint.

IT IS HEREBY STIPULATED AND AGREED by and among all parties by and through their counsel of record, that:

1. The Parties agree to submit all of the claims asserted in the Action, as well as any subsequent legal claims, crossclaims, or counterclaims, to final and binding arbitration and agree that the arbitration will be governed by the Arbitration Agreement;

2. The parties will select the neutral arbitrator by mutual agreement. If the parties cannot mutually agree to an arbitrator, the arbitration will be administered by the American Arbitration Association ("AAA"), and, except as provided in the Arbitration Agreement, will be under the current Employment Arbitration Rules of the AAA. Unless the parties jointly agree otherwise, the arbitrator

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597

Case No. 21-cv-06641-JSC    2    JOINT STIPULATION TO SUBMIT THE ENTIRE MATTER TO BINDING ARBITRATION

will be an attorney experienced in employment law and licensed to practice in the state in which the arbitration is convened, or a retired judge from any jurisdiction.  Unless the parties jointly agree otherwise, the arbitrator shall set the date, time, and place for each hearing;

3. Defendant agrees to pay all types of costs that are unique to arbitration including arbitration administrative fees, arbitration hearing fees and arbitrator compensation fees;

4. The Parties request that the Court issue an order staying all proceedings in this Action until the binding arbitration is completed; and

5. The Parties request that the Court retain jurisdiction over this Action pending the conclusion of the arbitration.

**IT IS SO STIPULATED.**

Dated: September 10, 2021

*Renee Feldman*

Theodora R. Lee
Renee C. Feldman
LITTLER MENDELSON P.C.
Attorneys for Defendant
SOUTHERN GLAZER'S WINE AND SPIRITS, LLC

Dated: September 9, 2021

Neama Rahmani
Ronald L. Zambrano
WEST COAST EMPLOYMENT LAWYERS, APLC
Attorneys for Plaintiff
DAVID SILVA

LITTLER MENDELSON P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597

Case No. 21-cv-06641-JSC        3        JOINT STIPULATION TO SUBMIT THE ENTIRE MATTER TO BINDING ARBITRATION

**ORDER**

Pursuant to the stipulation of the Parties, IT IS SO ORDERED.

Dated: September 13, 2021

_____
Honorable Jacqueline Scott Corley
United States Magistrate Judge

Case No. 21-cv-06641-JSC

4

JOINT STIPULATION TO SUBMIT THE ENTIRE MATTER TO BINDING ARBITRATION

LITTLER MENDELSON
P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597

EXHIBIT A